

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

August 13, 2014

**By ECF**

Keisha-Ann G. Gray
Member of the Firm
d 212.969.3855
f 212.969.2900
kgray@proskauer.com
www.proskauer.com

Hon. Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Leo Campbell v. Loews Corporation and Loews Hotels & Resorts*
      Case No.: 14-cv-2935 (GHW)

## JOINT REQUEST FOR CANCELATION OF PRE-TRIAL CONFERENCE

Dear Judge Woods:

The undersigned counsel for the parties in the above-referenced matter write jointly to inform the Court that the parties have reached an amicable resolution to this matter and that they are in the process of finalizing documents needed for the filing of a stipulation of voluntary dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). In view thereof, the parties jointly request that the Initial Pre-Trial Conference currently scheduled for September 5, 2014 be cancelled.

Respectfully submitted,

| THE GOLDRING FIRM | PROSKAUER ROSE LLP |
|---|---|
| By: /s/ Orit Goldring | By: /s/ Keisha-Ann G. Gray |
| Orit Goldring | Elise M. Bloom |
| 11 Broadway | Keisha-Ann G. Gray |
| Suite 615 | Eleven Times Square |
| New York, New York 10004 | New York, NY 10036-8299 |
| Ph: (212) 844-9308 | Ph: (212) 969-3000 |
| Fax: (646) 626-6423 | Fax: (212) 969-2900 |
| *ATTORNEYS FOR PLAINTIFF* | *ATTORNEYS FOR DEFENDANTS* |