# THE GOLDRING FIRM

September 10, 2014

**BY ECF**

Hon. Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    **Re: Leo Campbell v. Loews Corp. and Loews Hotels and Resorts,
       Civil Action No. 14-cv-2935 (GHW)**

Dear Judge Woods,

I represent Plaintiff Leo Campbell in the above-referenced matter.

As represented in Defendant's letter dated August 13, 2014, the parties have reached an amicable resolution in this matter and are in the process of finalizing documents needed for the filing of a stipulation of voluntary dismissal. Despite good faith efforts on both sides the parties require additional time to finalize matters. I am writing on behalf of all parties to request a 30-day extension until October 13, 2014 (an additional 30 days from the Court's original September 12 deadline) for the parties to file a stipulation of dismissal or for Plaintiff to apply to reinstate the action as provided in the Court's Order dated August 13, 2014. This is first request for an extension of such deadline.

Respectfully submitted,

Orit Goldring

11 Broadway, Suite 615
New York, NY 10004
Tel: 212.844.9308
Fax: 646.626.6423